1 | MANUEL SALDANA (State Bar No. 137060)
  | HILARY E. FEYBUS (State Bar No. 280714)
2 | GORDON & REES LLP
  | 633 West Fifth Street, 52nd Floor
3 | Los Angeles, CA 90071
  | Telephone: (213) 576-5000
4 | Facsimile: (213) 680-4470
  | E-Mail: msaldana@gordonrees.com
5 | hfeybush@gordonrees.com

6 | Attorneys for Defendants
  | BOMBARDIER INC.; and LEARJET INC.
7 | (ERRONEOUSLY NAMED AS LEARJET, INC.)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF DOLORES JANNEY RIVERA, by and through its Executor, ROSA AMELIA RIVERA, JR.; JANNEY MARIN, individually and as the Guardian ad Litem of JENIKA LOPEZ, a minor; and JUAN ANGEL LOPEZ, a minor; JANNEY MARIN, individually; JACQUELIN MELINA CAMPOS; TRINIDAD ANGELO MARIN, individually; ROSA RIVERA, individually; PEDRO RIVERA, individually<br><br>Plaintiff,<br><br>vs.<br><br>BOMBARDIER INC.; LEARJET, INC.; DUNCAN AVIATION, INC.; ARONSON AIRCRAFT & MARINE SERVICES INC.; STARWOOD MANAGEMENT, LLC.; RODATZ FINANCIAL GROUP, INC.; McOCO, INC., JET ELECTRONICS & TECHNOLOGIES; LJSC LTD; GARMIN INTERNATIONAL INC.; ROCKWELL COLLINS, INC.; L3 COMMUNICATIONS AVIONICS SYSTEMS INC.; BF GOODRICH AVIONICS SYSTEMS INC.; GOODRICH AVIONICS SYSTEMS; UNITED TECHNOLOGIES CORP.; UTC AEROSPACE SYSTEMS; TRIUMPH INSTRUMENTS; TRIUMPH GROUP INC.; BENDIX CORPORATION; HONEYWELL AEROSPACE and DOES 1 to 200, inclusive,<br><br>Defendants. | Case No.<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

-1-
**CERTIFICATE OF INTERESTED PARTIES**

**TO THIS HONORABLE COURT:**

The undersigned, counsel of record for Defendants BOMBARDIER INC.; and LEARJET INC. (ERRONEOUSLY NAMED AS LEARJET, INC.), certifies that the following listed persons and entities may have a pecuniary interest in the outcome of this case. The representations are made to enable the Court to evaluate possible disqualification or recusal.

1. The Estate of Dolores Janney Rivera – Plaintiff;
2. Rosa Amelia Rivera, Jr. – Plaintiff;
3. Janney Marin – Plaintiff;
4. Jenika Lopez – Plaintiff;
5. Juan Angel Lopez – Plaintiff;;
6. Janney Marin – Plaintiff;
7. Jacquelin Melina Campos – Plaintiff;
8. Trinidad Angelo Marin – Plaintiff;
9. Rosa Rivera – Plaintiff;
10. Pedro Rivera – Plaintiff;
11. Bombardier Inc. – Defendant;
12. Learjet Inc. (erroneously named as Learjet, Inc.) – Defendant;
13. Duncan Aviation, Inc. – Defendant;
14. Aronson Aircraft & Marine Services Inc. – Defendant;
15. Starwood Management, LLC – Defendant;
16. Rodatz Financial Group, Inc. – Defendant;
17. McOco, Inc. – Defendant;
18. Jet Electronics & Technologies – Defendant;
19. LJSC LTD; Garmin International Inc. – Defendant;
20. Rockwell Collins, Inc. – Defendant;
21. L3 Communications Avionics Systems Inc. – Defendant;
22. BF Goodrich Avionics Systems Inc. – Defendant;

**CERTIFICATE OF INTERESTED PARTIES**

23. Goodrich Avionics Systems – Defendant;

24. United Technologies Corp. – Defendant;

25. UTC Aerospace Systems – Defendant;

26. Triumph Instruments – Defendant;

27. Triumph Group Inc. – Defendant;

28. Bendix Corporation – Defendant; and

29. Honeywell Aerospace – Defendant.

Respectfully submitted,

Dated: December 9, 2014

MANUEL SALDANA
GORDON & REES LLP

By: /s/ Manuel Saldana
    MANUEL SALDANA
    HILARY E. FEYBUSH
Attorneys for Defendants
BOMBARDIER INC.
and LEARJET INC.