1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| THE ESTATE OF DOLORES JANNEY RIVERA, by and through its Executor, ROSA AMELIA RIVERA, JR.; JANNEY MARIN, individually and as the Guardian ad Litem of JENIKA LOPEZ, a minor; and JUAN ANGEL LOPEZ, a minor; JANNEY MARIN, individually; JACQUELIN MELINA CAMPOS; TRINIDAD ANGELO MARIN, individually; ROSA RIVERA, individually; PEDRO RIVERA, individually<br><br>Plaintiffs,<br><br>v.<br><br>BOMBARDIER INC.; LEARJET, INC.; DUNCAN AVIATION, INC.; ARONSON AIRCRAFT & MARINE SERVICES INC.; STARWOOD MANAGEMENT, LLC.; RODATZ FINANCIAL GROUP, INC.; McOCO, INC., JET ELECTRONICS & TECHNOLOGIES; LJSC LTD; GARMIN INTERNATIONAL INC.; ROCKWELL COLLINS, INC.; L3 COMMUNICATIONS AVIONICS SYSTEMS INC.; BF GOODRICH | Case No.: 2:14-cv-09452-JAK-JC<br>(Assigned for all purposes to the Hon. District Judge John A. Kronstadt)<br><br>**ORDER REMANDING CASE TO STATE COURT  (JS-6)**<br><br>Removed:    December 9, 2014<br>Trial Date:   None Set |

1

Case No. 2:14-cv-09452-JAK-JC

ORDER REMANDING CASE TO STATE COURT

AVIONICS SYSTEMS INC.;
GOODRICH AVIONICS SYSTEMS;
UNITED TECHNOLOGIES CORP.;
UTC AEROSPACE SYSTEMS;
TRIUMPH INSTRUMENTS;
TRIUMPH GROUP INC.; BENDIX
CORPORATION; HONEYWELL
AEROSPACE and DOES 1 to 200,
inclusive,

         Defendants.

## ORDER

Having read and considered the Joint Stipulation Remanding Case to State Court filed by the Parties, and GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT:

1. Based on the Parties' stipulation, the above-referenced action (Case No. CV12-1872 JAK (PJWx) is hereby remanded to the Superior Court for the State of California, County of Los Angeles., Case No. BC565990.

2. The pending Motion for Remand, which was set for hearing on April 6, 2015, is MOOT.

3. All pending hearings and deadlines are vacated.

IT IS SO ORDERED.

DATED: April 8, 2015                  _____

                                                 **Judge John A. Kronstadt**